DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

HOLLAND v. WALDEN

    No. 90 PC.

    Case below: 11 N.C. App. 281.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

JOHNSON v. BROWN

    No. 87 PC.

    Case below: 11 N.C. App. 323.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

MOTORS, INC. v. ALLEN

    No. 88 PC.

    Case below: 11 N.C. App. 381.

    Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 30 July 1971.

MUSSELWHITE v. HOTEL CO.

    No. 86 PC.

    Case below: 11 N.C. App. 361.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

STATE v. BENNETT

    No. 79 PC.

    Case below: 11 N.C. App. 169.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 30 July 1971.